## 1

John DAVIS v. STATE. (No. 11057.) Court of Criminal Appeals of Texas. June 15, 1927. Appeal from Dallas County Court at Law No. 1; Paine L. Bush, Judge. R. L. Sullivan, of Dallas, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Conviction of carrying a pistol; punishment, 30 days in the county jail. The record is before us without bills of exception or statement of facts. No error appearing, the judgment is affirmed.

## 2

L. J. EUBANK v. STATE. (No. 11050.) Court of Criminal Appeals of Texas. June 24, 1927. Appeal from District Court, Ellis County; W. L. Harding, Judge. Clyde F. Winn, of Waxahachie, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful possession of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of two years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

## 3

Osborn FULLER v. STATE. (No. 10938.) Court of Criminal Appeals of Texas. June 15, 1927. Appeal from District Court, Galveston County; C. G. Dibrell, Judge. Thos. C. Turnley, of Houston, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is assault with intent to murder; punishment fixed at confinement in the penitentiary for a period of five years. The evidence shows that the appellant shot and wounded W. L. Wiggins, the alleged injured party. The testimony supports the state's theory that the assault was neither justifiable nor excusable. The appellant's testimony raised the issue of self-defense on apparent danger. No complaints of the manner in which the issues were submitted to the jury in the charge of the court are presented for review. There is a bill of exceptions which is wholly in the form of a transcription of the stenographer's notes. It relates to an objection to the qualification of an expert witness to answer questions which are claimed to be leading and suggestive. If the bill could be considered, it fails to show any erroneous or prejudicial matter. Bill No. 2 is likewise in question and answer form. It is accompanied by no surrounding facts which would afford any means of appraising the alleged error even if properly presented. It seems that upon cross-examination of the appellant he was asked if he did not pull a gun on Clyde Rimes. The objection was sustained to the question, and no answer was given. The court immediately instructed the jury to disregard it. Finding no error in the record, we order the judgment affirmed.

## 4

McClellan HACKNEY v. STATE. (No. 10986.) Court of Criminal Appeals of Texas. May 25, 1927. Appeal from District Court, Matagorda County; M. S. Munson, Judge. Gordon Lawson, of Houston, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is the transportation of spirituous liquor capable of producing intoxication. This court is not advised of the evidence that was before the trial court. No complaints of the rulings of the court are brought forward by bills of exceptions. Finding no error, the judgment is affirmed.

## 5

Mrs. Morris KIRBY v. STATE. (No. 10994.) Court of Criminal Appeals of Texas. June 8, 1927. Appeal from Harris County Court at Law No. 2; Ray Scruggs, Judge. Jas. H. Letts, of Houston, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for misdemeanor theft; punishment being a fine of $25 and one day's confinement in jail. The offense is sufficiently charged in the information. No statement of facts nor bills of exception appearing in the record, nothing is presented for review, and the judgment is affirmed.

## 6

Ex parte Bill LAWLER (No. 10944.) Court of Criminal Appeals of Texas. June 15, 1927. Appeal from District Court, Hill County; Walter L. Wray, Judge. Collins & Dupree, of Hillsboro, and H. C. Bishop, of Hubbard, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. This is an appeal from an order of the district judge of Hill county remanding appellant without bail upon a charge of murder by indictment. At a former day of the term an opinion affirming the judgment of the trial court was delivered, and appellant filed his motion for rehearing. He has now filed in this court his sworn affidavit, advising that he desires to withdraw said motion, and requesting that his appeal be dismissed. In compliance with such request, the motion is granted, the opinion of affirmance is withdrawn, and the appeal is ordered dismissed.